ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL II

| | | |
|---|---|---|
| **TETRA TECH PR, LLC**<br><br>Recurrente<br><br>v.<br><br>**MUNICIPIO DE ARECIBO representado por su alcalde, Hon. Carlos Ramírez Irizarry; JUNTA DE SUBASTAS DEL MUNICIPIO DE ARECIBO; CPH PR JV, LLC**<br><br>Recurrido | TA2025RA00417 | **REVISIÓN** procedente del Municipio de Arecibo y su Junta de Subasta<br><br>Caso Núm: Propuesta Núm. 25-RFP-01<br><br>Sobre: |

Panel integrado por su presidenta, la Jueza Cintrón Cintrón, el Juez Rodríguez Flores y la Jueza Díaz Rivera.

Cintrón Cintrón, Jueza Ponente

### SENTENCIA

En San Juan, Puerto Rico, a 5 de marzo de 2026.

Atendida la *Moción de Desistimiento* presentada el 26 de febrero de 2026 por la parte recurrente, Tetra Tech PR, LLC, se declara *Ha Lugar*.

Se ordena el cierre y archivo del recurso de epígrafe, de conformidad con la Regla 83 (A) del Reglamento del Tribunal de Apelaciones, según enmendada, *In re Aprob. Enmdas. Reglamento TA*, 2025 TSPR 42, pág. 115, 215 DPR __ (2025).

Lo acordó y manda el Tribunal y lo certifica la Secretaria.


Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones